JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| SHANELL GATES,<br>　　　　　Plaintiff,<br><br>vs.<br><br>ALLIED INTERSTATE, INC.,<br>　　　　　Defendant. | CASE NO. 2:09-CV-04138-VBF-CT<br><br>[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE<br><br>[FILED CONCURRENTLY WITH STIPULATION RE: DISMISSAL OF ENTIRE ACTION, WITH PREJUDICE] |

The Court has reviewed the Stipulation of Plaintiff SHANELL GATES, and Defendant ALLIED INTERSTATE, INC. ("ALLIED") to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Stipulation between the parties, the Court orders as follows:

　　1.　That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant to FRCP 41 (a)(1). Each party shall bear their own costs and expenses.

1 | The Court shall retain jurisdiction solely for settlement enforcement purposes.
2 |
3 | **IT IS SO ORDERED**
4 |
5 |
6 |
7 | DATED: July 12, 2009        *Valerie Baker Fairbank*
8 |                             DISTRICT COURT JUDGE
9 |                             UNITED STATES DISTRICT COURT
                                CENTRAL DISTRICT